1 **SULAIMAN LAW GROUP, LTD.**
Alexander J. Taylor, Esq. (State Bar No. 332334)
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Telephone: (630) 575-8181 Ext. 180
Fax: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY W. RIZO, <br><br> Plaintiff, <br><br> v. <br><br> THE LITGATION PRATICE GROUP, PC., <br><br> Defendant. | Case No. 2:22-cv-01959-DAD-DB <br><br> **STATUS REPORT** |

NOW COMES Plaintiff, JOHNNY W. RIZO ("Plaintiff"), by and through the undersigned counsel, and respectfully submits the following status report.

1. Defendant's Bankruptcy is currently pending.

2. On March 22, 2024, a Chapter 11 Plan was filed in this case.

3. Currently, there is a hearing set to take place on May 15, 2024, on a Joint Motion filed by the Chapter 11 Trustee and the Official Committee of Unsecured Creditor for an Entry of an Order on: Proposed Disclosure Statement Solicitation of and Voting Procedures, and Notice and Objection Procedure for Confirmation of Joint Chapter 11 Plan of Liquidation.

4. A copy of the current bankruptcy docket is attached as Exhibit A.

1

DATED: April 16, 2024

*/s/Alexander J. Taylor*
Alexander J. Taylor, Esq.
California Bar No. 332334
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 Ext. 180
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*s/ Alexander J. Taylor*
Alexander J. Taylor

2